■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL BRANDON, Appellant. [621 NYS2d 961] —Judgment unanimously affirmed. Memorandum: The jury's rejection of defendant's agency defense was not contrary to the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495; *see also, People v Lam Lek Chong,* 45 NY2d 64, *cert denied* 439 US 935; *People v Foskit,* 168 AD2d 961, *lv denied* 77 NY2d 877). The People proved the aggregate weight of the cocaine beyond a reasonable doubt *(see, People v Smith,* 209 AD2d 996 [decided herewith]; *People v Nelson,* 144 AD2d 714, 717, *lv denied* 73 NY2d 894; *People v Konyack,* 99 AD2d 588; Donnino, Practice Commentaries, McKinney's Cons Law of NY, Book 39, Penal Law art 220, at 9-11). We reject the contention that the prosecutor's use of a chart during summation deprived defendant of a fair trial *(see, People v Galloway,* 54

NY2d 396, 401; *People v Smith, supra).* Defendant's sentence is not harsh or excessive. (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Conspiracy, 2nd Degree.) Present—Green, J. P., Pine, Lawton, Callahan and Doerr, JJ.